UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY PITRE,<br><br>           Petitioner,<br><br>      v.<br><br>B. BIRKHOLZ,<br><br>           Respondent. | Case No. 2:22-cv-07956-VBF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition and (2) directing Judgment be entered dismissing this action without prejudice.

Dated: September 29, 2023

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
Senior United States District Judge