UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAY PITRE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>B. BIRKHOLTZ,<br><br>　　　　　　Respondent. | Case No. 2:22-cv-07956-VBF (MAR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** without prejudice.

Dated: September 29, 2023

*Valerie Baker Fairbank*

———————————————————
HONORABLE VALERIE BAKER FAIRBANK
Senior United States District Judge